**UNITED STATES of America,**
**Plaintiff–Appellate,**

**v.**

**Rown WASHINGTON, a/k/a Folly,**
**Defendant–Appellant.**

**No. 15–6146.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 27, 2015.

Rown Washington, Appellant Pro Se. John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rown Washington appeals the district court's order denying his 18 U.S.C. § 3582(c) (2012) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Washington,* No. 5:11–cr–00636–MBS–1 (D.S.C.

July 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*